UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH    DIVISION

| | |
|---|---|
| CRYSTAL MELTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.  CV413-119 |
| ) | |
| CAPTAIN LARRY JACOBS, et al., ) | |
| ) | |
| Defendants ) | |

# ORDER

The Court having reviewed and considered the petition of Paulding Chichester IV of the law firm of Buckley & Klein, LLP, 1230 Peachtree Street, Suite 900, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff Crystal Melton, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Paulding Chichester IV as counsel of record for plaintiff Crystal Melton, in this case.

**SO ORDERED** this   12th   day of July, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA