UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH    DIVISION

| | |
|---|---|
| CRYSTAL MELTON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CAPTAIN LARRY JACOBS, et al., )<br>)<br>Defendants ) | Case No.  CV413-119 |

## O R D E R

The Court having reviewed and considered the petition of Paulding Chichester IV of the law firm of Buckley & Klein, LLP, 1230 Peachtree Street, Suite 900, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiff Crystal Melton, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Paulding Chichester IV as counsel of record for plaintiff Crystal Melton, in this case.

**SO ORDERED** this __12th__ day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA